```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TINA WILLIS,                      :    CONSOLIDATED UNDER
                                  :    MDL 875
                                  :
     Plaintiff,                   :
                                  :    Transferred from the District
                                  :    of South Carolina
     v.                           :    (Case No. 09-02163)
                                  :
                                  :
BW IP INTERNATIONAL INC.,         :
ET AL.,                           :
                                  :    E.D. PA CIVIL ACTION NO.
                                  :    2:09-91449
     Defendants.                  :
```

## O R D E R

**AND NOW**, this **26th** day of **August, 2011,** it is hereby **ORDERED** that Defendants' Motions for Summary Judgment (doc. nos. 59, 60, & 61) are **DENIED** as to the government contractor defense.

**AND IT IS SO ORDERED.**

   **S/Eduardo C. Robreno**

   **EDUARDO C. ROBRENO, J.**